IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHELLE STATHAM | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:10-CV-212-Y |
| | § | |
| PALISADES COLLECTION, LLC. | § | |

## FINAL JUDGMENT

Before the Court is the parties' Joint Motion to Dismiss With Prejudice (doc. #10). In light of that stipulation, the above-styled and -numbered cause is DISMISSED WITH PREJUDICE.

SIGNED July 1, 2010.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE